AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>James Russell Davis<br>DOB: XXXXXX<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00536<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 7/22/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) (Felony) - Assaulting, Resisting, or Impeding Certain Officers,<br>18 U.S.C. §§ 1752(a)(2) and (4) - Disorderly and Disruptive Conduct and Engaging in Physical Violence in a Restricted Building or Grounds,<br>40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings,<br>18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Matthews, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:    07/22/2021

_____
*Judge's signature*

City and state:        Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*