AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>James Russell Davis<br><br>*Defendant* | )<br>) Case: 1:21-mj-00536<br>) Assigned To : Faruqui, Zia M.<br>) Assign. Date : 7/22/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __James Russell Davis__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a) (Felony) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. §§ 1752(a)(2) and (4) - Disorderly and Disruptive Conduct and Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date: 07/22/2021

*Issuing officer's signature*
2021.07.22 22:03:39 -04'00'

City and state: Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/27/2021, and the person was arrested on *(date)* 7/28/2021
at *(city and state)* Washington, DC.

Date: 7/28/2021

*Arresting officer's signature*

STEWART CURCIO / SPECIAL AGENT   FBI
*Printed name and title*