AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-MJ-536 |
| JAMES DAVIS | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, JAMES DAVIS

Date:   07/28/2021

/s/
*Attorney's signature*

Jay P Mykytiuk #976597
*Printed name and bar number*

406 5th Street NW Suite 100
Washington, DC 20011

*Address*

jpm@scrofanolaw.com
*E-mail address*

(202) 630-1522
*Telephone number*

*FAX number*