UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case Number 21-CR-595 |
| **JAMES RUSSELL DAVIS,** | : | |
| | : | |
| Defendant. | : | Hon. Timothy J. Kelly |

### ORDER FOR EXCLUDABLE DELAY

This matter having come before the Court upon the Government's motion for excludable delay, the status hearing date of January 13, 2022 in this case is adjourned approximately 60 days or until March 14, 2022. In granting the parties' request for an adjournment, the Court finds that the ends of justice served outweigh the best interests of the defendant and the public in a speedy trial for the reasons listed in the Government's motion and because this case is "unusual and complex" due to the nature of the prosecution. *See* 18 U.S.C. § 3161(h)(7)(B)(ii), *see also* § 3161(h)(7)(B)(iv). There are thousands of pages in discovery and large amounts of forensic data. Additionally, the pandemic has slowed the parties' ability to meet in-person.

Thus, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. §§ 3161(h)(7)(B)(ii) and (B)(iv), the time period between January 13, 2022 and March 14, 2022 shall constitute excludable delay.

IT IS SO ORDERED.

Dated:                                                                            HONORABLE TIMOTHY J. KELLY
                                                                              United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this pleading was served on all counsel of record via the Court's electronic filing service.

 /s/   *Mitra Jafary-Hariri*
Mitra Jafary-Hariri
Assistant United States Attorney

Date:  January 11, 2022