UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-595 (TJK) |
| | : | |
| **JAMES RUSSELL DAVIS** | : | |
| | : | |
| **Defendant.** | : | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Benjamin Kringer, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States. Assistant United States Attorney Mitra Jafary-Hariri no longer represents the United States in this matter.

                                                            Respectfully submitted,

                                                            MATTHEW M. GRAVES
                                                            United States Attorney
                                                            D.C. Bar No. 481052

By:   /s/ *Benjamin Kringer*
            Benjamin E. Kringer
            Detailed to the U.S. Attorney's Office
            for the District of Columbia
            D.C. Bar No. 482852
            555 Fourth Street, N.W.
            Washington, DC  20530
            benjamin.kringer2@usdoj.gov
            (202) 598-0687