UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-595 (TJK) |
| | : | |
| **JAMES RUSSELL DAVIS** | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO CONTINUE AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America hereby moves this Court for a continuance in the above-captioned proceeding of approximately 70 days, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial.   In support of its motion, the government states as follows:

   1.   There is a status conference scheduled in this proceeding for May 10, 2022, at 11 a.m.

   2.   On April 27, 2022, new government counsel entered an appearance in this case. However, the government has a sentencing scheduled in another matter on May 10, 2022, at 11 a.m.

   3.   The government contacted defense counsel regarding moving the status conference to another time.   Defense counsel confirmed that it had no objection to moving the status conference and requested the matter be rescheduled to late July to allow time to complete the review of the voluminous materials produced in discovery.   Defense counsel noted that plea negotiations cannot be completed until all relevant materials have been reviewed.

4.      Defense counsel consented to the filing of this motion and to tolling the Speedy Trial Act until the rescheduled status conference.  To assist with scheduling, the parties consulted regarding possible dates and confirmed availability July 19-21, 2022.

5.      The parties agree that this case is "unusual and complex" due to the nature of the prosecution. *See* 18 U.S.C. § 3161(h)(7)(B)(ii), *see also* § 3161(h)(7)(B)(iv), and that, therefore, the time until the rescheduled status conference should be excluded in calculating the time within which the defendant must be brought to trial under the Speedy Trial Act.

Respectfully submitted,

MATTEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     /s/  *Benjamin Kringer*
Benjamin E. Kringer
Detailed to the U.S. Attorney's Office
for the District of Columbia
DC Bar No. 482852
555 Fourth Street, N.W.
Washington, DC   20530
benjamin.kringer2@usdoj.gov
(202) 598-0687