UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-595 (TJK) |
| : | |
| JAMES RUSSELL DAVIS : | |
| : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of the Government's Unopposed Motion to Continue the status conference scheduled for May 10, 2022, it is this ___ day of _____, 2022 hereby

**ORDERED**, that the Motion to Continue the status conference is **GRANTED** and the status conference will be rescheduled to _____, 2022 at _____; and it is

**FURTHER ORDERED** that pursuant to the Motion to Continue, the time from May 10, 2022, to _____, 2022, will be excluded from the time within which the defendant must be brought to trial under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) as the exclusion would serve the ends of justice and outweigh the interest of the public and defendant in a speedy trial.

**SO ORDERED**

Dated:                                     _____
                                           HONORABLE TIMOTHY J. KELLY
                                           United States District Judge