# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Crim. No. 21-cr-595-TJK |
| **JAMES RUSSELL DAVIS** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Stephen J. Rancourt is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

DATED: June 16, 2022          By:     /s/ Stephen J. Rancourt
STEPHEN J. RANCOURT
Assistant United States Attorney, Detailee
Texas Bar No. 24079181
United States Attorney's Office
District of Columbia
(806) 472-7398
stephen.rancourt@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 21st day of July 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

_____
STEPHEN J. RANCOURT
Assistant United States Attorney