**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 21-cr-595 (TJK)** |
| **v.** | : | |
| | : | |
| **JAMES RUSSELL DAVIS** | : | |
| | : | |

## ORDER

Upon consideration of James Davis's Unopposed Motion to Continue the status hearing scheduled for August 1, 2022, it is this _____ day of _____, 2022, hereby

**ORDERED**, that the Unopposed Motion to Continue the status conference is **GRANTED** and the status conference will be rescheduled to _____, 2022 at _____; and it is

**FURTHER ORDERED** that pursuant to the Unopposed Motion to Continue, the time from August 1, 2022, to _____, 2022, will be excluded from the time within which the defendant must be brought to trial under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) as the exclusion would serve the ends of justice and outweigh the interest of the public and the defendant in a speedy trial

**SO ORDERED**.

_____

HONORABLE JUDGE TIMOTHY J. KELLY