CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21-cr-595 |
| ) | |
| JAMES RUSSELL DAVIS ) | |
| ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_James R Davis_
Defendant

_[signature]_
Counsel for Defendant

I consent:

_Stephen J. [signature]_
Assistant United States attorney

Approved: _[signature]_          Date: 11/9/22

Timothy J. Kelly
United States District Judge

Doc ID: 7c2f62403a1e31a3c741e9a2e0a9bd6401aadb43