**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** :
: **Case No.: 21-cr-00595 (TJK)**
**v.** :
:
**JAMES RUSSELL DAVIS,** :
:
**Defendant.** :

**NOTICE OF APPEARANCE**

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Will N. Widman is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: April 11, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: *Will N. Widman*
Will N. Widman
NC Bar No. 48158
Trial Attorney, Detailee
1301 New York Avenue NW, 8th Floor
Washington, DC 20530
(202) 353-8611
Will.Widman@usdoj.gov


**CERTIFICATE OF SERVICE**

On this 11th day of April 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Will N. Widman*
WILL N. WIDMAN
Trial Attorney, Detailee