# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-595 (TJK) |
| | : | |
| **JAMES RUSSELL DAVIS** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

Pursuant to this Court's July 18, 2023 Minute Order, the parties have conferred on whether they anticipate an evidentiary hearing with testimony on the facts concerning the applicability of U.S.S.G. § 2A2.4(b)(1)(A). The parties agree that an evidentiary hearing with testimony is unnecessary for the Court to decide this issue. Instead, both parties consent to relying on the statement of offense and exhibits, including body worn camera (BWC) and open-source video footage, that will be included as part of their sentencing memoranda. The parties believe this evidence is sufficient for the Court to decide the applicability of this offense level adjustment.

Respectfully submitted,

FOR THE UNITED STATES

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    /s/ *Stephen J. Rancourt*
STEPHEN J. RANCOURT
Assistant United States Attorney
Texas Bar No. 24079181
United States Attorney's Office
Capitol Siege Section
601 D Street NW
Washington, D.C. 20530
Phone: 202-353-8611
stephen.rancourt@usdoj.gov


FOR THE DEFENDANT

SCROFANO LAW PC

By:    /s/ Joseph A. Scrofano
Joseph A. Scrofano
Scrofano Law PC
D.C. Bar no.: 994083
600 F Street NW, Suite 300
Washington, D.C. 20004
(202) 870-0889
jas@scrofanolaw.com