UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES RUSSELL DAVIS<br><br>Defendant. | Case No. 21-cr-595-TJK |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
## PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the exhibits that were provided to the Court and defense counsel on October 5, 2023, via USAfx, in relation to Government's Sentencing Memorandum. Because most of the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The list of the exhibits and a summary of each is attached as Exhibit A to this Notice.

The United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:  _/s/ Stephen J. Rancourt_
Stephen J. Rancourt
Assistant United States Attorney
Texas Bar No, 24079181
601 D Street, N.W.
Washington, D.C. 20530
(806) 472-7398
stephen.rancourt@usdoj.gov