UNITED STATES

VS.  CRIMINAL NO. <u>21-CR-595 (TJK)</u>

JAMES RUSSELL DAVIS

## EXHIBIT A
## GOVERNMENT'S SENTENCING EXHIBITS

| Government Exhibit No. | Exhibit Description |
|---|---|
| 1 | 133 pages of Telegram chats recovered from the "PB Vets" Telegram chat group |
| 2 | 25:15 long open-source video taken depicting the events around D.C. prior to the Capitol riot on January 6, 2021 |
| 3 | 1:17 long video of an interview of James Davis on January 6, 2021, and posted to the Facebook page, "Williston Trending Topics News Radio Live" |
| 4 | 18:54 long clip from the Body Worn Camera of Metropolitan Police Department Officer A.S. from 2:18:13 p.m. to 2:37:03 p.m. on January 6, 2021 |
| 5 | 14:15 long clip from the Body Worn Camera of Metropolitan Police Department Officer I.D. from 2:24:11 p.m. to 2:38:23 p.m. on January 6, 2021 |
| 6 | 1:28:30 long open-source video from "Just Another Channel" depicting the events around the West Front of the Capitol grounds on January 6, 2021 |
| 7 | 2:49 long open-source video taken from Parler depicting the events around the West Front of the Capitol grounds on January 6, 2021, at approximately 2:35 p.m. |

| 8 | 19:04 long clip from the Body Worn Camera of Metropolitan Police Department Officer M.T. from 2:20:32 p.m. to 2:39:29 p.m. on January 6, 2021 |
|---|---|
| 9 | A Cellebrite report containing 47 pages of text messages recovered from James Davis's cell phone |
| 10 | A 5-page screen capture of James Davis's Give Send Go fundraising page taken in December 2021 |