**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-cr-595-TJK** |
| **JAMES RUSSELL DAVIS** | |
| **Defendant.** | |

**NOTICE OF ERRATA TO CORRECT "TYPO"**
**IN GOVERNMENT'S SENTENCING MEMORANDUM**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this errata to correct a "typo" in it's Sentencing Memorandum filed on October 5, 2023, Dkt. 52.

In footnote 22 on page 20 of its filing, the government wrote, "[a]s described in the government's objections to the draft PSR, the government submits that U.S.S.G. § 2J1.2(b)(1)(B) applies because the defendant's offense involved "threatening to cause physical injury to a person . . . in order to obstruct the administration of justice." This is incorrect. The government filed a response to the draft presentence report (PSR), noting that there were no material or factual inaccuracies to the PSR. Dkt. 53. Likewise, U.S.S.G. § 2J1.2(b)(1)(B) is inapplicable under the facts of this case.  Footnote 22 was included in error.

The government herewith submits the requested notice of errata.

Respectfully submitted,
MATTHEW M. GRAVES
UNITED STATES ATTORNEY


BY:

Stephen J. Rancourt
Assistant United States Attorney
Texas Bar No, 24079181
601 D Street, N.W.
Washington, D.C. 20530
(806) 472-7398
stephen.rancourt@usdoj.gov