October 10, 2023

To:   The Honorable Timothy J. Kelly
      U.S. District Court for the District of Columbia
      E. Barrett Prettyman U.S. Courthouse
      333 Constitution Ave., N.W.
      Washington, DC  20001

From: Christina Davis



Honorable Judge Kelly,

I am writing to on behalf of my husband James R. Davis.

I first met James in late summer of 1996. James was fresh out of the Marine Corps when I met him. We both had just started working at K's Merchandise in Quincy, Illinois. We soon began dating. Both of us attended a community college before transferring to Western Illinois University.

While at the University, we became involved in Campus Students for Christ. I was already baptized in Christ, but James was born again in Christ while discovering his faith in college. Building on our shared beliefs and our love for one another, we were married May 29, 1999.

In April 2001, James enlisted into the U.S. Army. He took a smalltown girl to a whole new world. His duty station was at Fort Hood Texas. James and I found a church that felt like home. We attended church regularly, made new friends, and were both a part of the choir. I finished my college classes and completed my Student Teaching in Texas. While James was away with the Army training, the September 11th terrorist attack occurred. In November of that year, James finally returned with his unit and then were immediately deployed to Kuwait. Our lives would be forever changed.

While James was deployed, I was left behind in a new city and state. Thankful for the new church family. Our faith in God kept us together even when our communication with each other was slim. Once James returned from deployment his medical problems from his exposures in Kuwait started to reveal themselves and his health rapidly declined. I was informed of his exposure to possible nerve agents; while he was on a patrol in Kuwait with a few others, chemical alarms went off. Back in Texas, while running in pt, he would pass out. This happened multiple times. While driving he fell a sleep and drove his truck into a ditch. He was diagnosed with sleep apnea, narcolepsy, cataplexy, pseudo seizures, and other conditions. Because of his seizures and Narcolepsy with Cataplexy, he permanently lost his ability to drive in July 2002. James would go through many medical tests, treatments and would be returned to me using a walker or wheelchair. I could see how much all of this affected him and it broke his heart not to deploy with his unit in 2003 or stay in the Army. Again, our faith would bring us together and to the other side. He was medically discharged from the Army in June 2004.

James gained employment through the federal government first at the Pentagon and medically ended his career at the Naval Base in Dahlgren, VA. But he did not want to leave the federal government and again, I saw my husband become defeated by his medical condition and the loss of employment. While his career was coming to an end, in June of 2012 my life almost came to an end. I was admitted to Mary

Washington Hospital. In the ER I flatlined and had to be shocked back to life. I was placed in a medical coma and started dialysis. I had multi organ failure, being septic, and my body triggered an autoimmune attack. I was life flighted by helicopter to the VCU hospital in Richmond, Virginia. After many treatments, to include dialysis and plasmapheresis, all of my organs came back to working order, except my kidneys and I was gradually taken out of the medical induced coma. I would continue to have a long recovery and road ahead of me. My faith would only deepen by all that would come to pass. James stuck by me through my whole medical journey. I would have hemodialysis in a medical center for a few months. I then transitioned to peritoneal dialysis. This form of treatment could be completed at home. James willingly learned how to connect me to my machine. Plus, with this treatment I needed many heavy cases of supplies. James would work with the delivery driver to rotate the stock of the items and place the boxes into our storage room. Then, James would lift these cases into our bedroom or bathroom. Even at times when he was using a walker to get around the house. He would load the bench of the walker up with a couple of boxes at time to transport into our bedroom. Without my husband, this wouldn't have been possible for me to do on my own. I would be on that form of dialysis for 5 years. Unfortunately, during this time we were not active in church. This did not change my strong faith in my Savior, Jesus Christ.

Though I could see that my husband was struggling with his faith at this point. At the time my kidney failure occurred, James was going through his own medical struggles. His cognitive function seemed to decrease, his short term memory decreased, and physically he was declining as well. He felt his world crashing down around him. He was at this time in the process of being medically retired from the federal government. His self esteem and since of worth went down the tubes and he felt inadequate as a husband to provide for all of our needs and struggled with suicidal thoughts. He became angry questioning why God would allow all of this to happen in his and my life. Thankfully, he reached out to his combat veteran friends and got the help he needed. I would take him to all of his medical appointments and try to uplift his spirit. He was in therapy on and off, which my opinion helped. He also had a weekly appointment with an individual through the Virginia Wounded Warrior Program and combat support group, He would discuss some of the stresses in his life. I could see this helping his mental status, but one thing was still missing, his faith in God was far from his mind. He was angry at God and at the life that God had dealt us and no matter how much I tried, I couldn't reach him to bring him back to the Faith that was our strong foundation.

Thankfully, in 2014, the VAWWP connected him with Team River Runner kayaking and Virginia Wheeling Sportsmen hunting and the Coalition to Salute America's Heroes who offered him a job working from home in their Heroes Thanking Heroes Program. Once again, I saw my husband come to life with a new purpose and I saw many doors opening for him. But unfortunately, despite the Coalition sending him to his first Hyperbaric treatment, the medical condition improvement was short lived. He declined rapidly back to having to use a walker and that anger returned again to consume him as he lost his job at the Coalition due to his declining health and my declining health. All of the pride he gained being around other Wounded Warriors and seeing all he was capable of and all they were capable of despite their injuries; it was gone and he returned to depression and feeling hopeless.

In July of 2017, I was given the blessing of a kidney transplant. Though a blessing, it also brought on new troubles and different struggles. That first year brought multiple trips to hospitals, another surgery to make a repair 3 months post transplant, blood test, a fear of infection, and emotional struggles of receiving a deceased donor kidney. James was with me through it all. We had tried a few churches out but not consistently, and he was still very resistant to returning to his Faith. I could see this internal struggle of wanting to return to church and at the same time still holding onto a lot of anger at God; and he drifted further away from God and further away from me.

In 2018 to 2019, James became Commander of Post 89 American Legion. But then his medical condition declined so much that he had to medically resign his position in Mar 2019 and once again, he felt useless and became restless and looked for something to belong to.

I think it was the beginning of 2020, when James started getting involved in 2nd Amendment rights and then aiding on a campaign for a candidate running for Governor in Virginia. At first, I thought it was good for him to be involved in something separate from me. It could help give him a since of identity of his own and again connect with Veterans. He helped out in as many campaign events as he could and volunteered at the campaign tables in Virginia. By late summer, I could see more anger in him. He was disappointed in how the primary election turned out for that candidate. He blamed whoever he could, and that it wasn't fair how the race was rigged. Later, he would be involved with that Virginia Senator Amanda Chase in stop the steal rallies in Virginia and DC.

At some point he also began helping the Trump campaign, with Vets for Trump. Once again, he was excited for all of the possibilities of being involved in a Presidential Campaign team. Fox news was on the tv in our house almost 24/7 with lots of shows being recorded as well. It was politics all the time. James attended several events that were somewhat local. He had a friend that would take him to some of the rallies. I became aware that he started hanging out with another group of people. I didn't know who that was at the time. I became suspicious after a while and finally confronted him with it. Finally, I knew he was with the Proud Boys. I was enraged. I couldn't believe that he would be involved with this organization. All I knew came from the news, and that it was very controversial. No matter what I said, he knew better. I saw the husband that I love slowly change in a way that I never thought was possible. The anger would build and build. By election night 2020, he stayed up all night and couldn't believe the results. As then President Trump began and continues to say that the election was stolen. The anger was terrible. I knew he was going to D.C in December. I knew very little about his actual involvement. It was kept secret as much as possible, and he never told me what actually took place. I didn't find out till he was charged what he had participated in. I was appalled!

At the very end of December, I did not recognize my husband. We merely existed in the same place. With very little interaction. I wasn't sure where we would be, as a couple, the next months and beyond. I couldn't see a future for us if things continued. I began to learn besides his actions, he was loaning a fellow Proud Boy money for his wife and unborn child. We had many discussions/arguments about this. I was then aware of his plan to be in D.C. on January 6. I begged and begged him to stay home. That I really thought this was going to be a bad idea. It didn't matter what I or anyone else said, James wouldn't listen. He left, then throughout that day, I tried to call and text him. Then on the news I saw the complete disaster and in utter disbelief of the state of the capital. I couldn't believe what the rush of people were doing and how the capital police were being treated. The violence and anger unleashed was so hard to watch. When James finally called me, I was happy he was safe. I was also, told a lie that he wasn't at the capital grounds. When he did return home, I was so angry, that he didn't listen to me about staying home and being far away from D.C. It wouldn't change anything and at the time I was relieved that he wasn't at the capital building. In the weeks that followed, he met with the Proud Boys once that I can remember. Then suddenly, he was done. He said that he finally found out what the organization was about and he was done, however he was still filled with anger. He was still communicating with one person from the group, the guy he kept loaning money to. He finally talked to the man on a few occasions to try to get him to start paying back some of the money. Without James having written accounts and anything signed I am estimating that anywhere from 15,000 to 20,000 dollars of ours was gone. To include about 10,000 on one of James' credit cards. That amount I discovered because my credit score declined.

Fast forward to Easter 2021. James watched a service on TV from Harvest at Home form a church in California. He then rededicated his life to Christ. His heart slowly began changing. He began reading couple devotionals with me at night. James started watching Sunday service from this church and he

participated with a men's small group on zoom. I could see all of these changes, but I was very reluctant to this sudden change to actually believe it was real. Slowly, as I watched, I could see that this reform was real. By the end of May, he finally told me he was at the capital on Jan 6, just not the full extent. On one hand I was glad he told me, and on the other hand, I was annoyed to find out about another lie. It was a huge lie. I did forgive him just like I forgave him for the money he lost, loaning our money to someone who was just using his generosity; not the first time he had done this for someone he wanted to help. Then later in the summer, we headed to my parent's house in Illinois. It was one of the best visits we had ever had. My mom was delighted to see the change in James demeanor and his faith blossoming. We then went to Pigeon Forge, TN, to have a belated anniversary vacation.

Our first morning in Tennessee, I had a phone call from my boss. The Sherriff's office was looking for me, something about my house. I didn't realize at the time how much my life would change. Not from anything that I did, but because of what my husband did. When I told James what my boss said he got white as a ghost. However, I couldn't understand why he wouldn't return this call right away. He did make another phone call to someone to get a lawyer's phone number. Not knowing what was going on. I got on Facebook for our neighborhood and found out that our house was raided. I couldn't understand what in the world was going on. After he called the lawyer, he finally said it was all about Jan 6. Then admitted that there was more to his involvement on that day.

I have watched videos of James and his actions of that day. It is a person I do not recognize. I have seen some of the things he wrote in text. I knew that James was filled with anger and rage then, but it was still shocking that my husband was capable of being this type of person.

James' character is now like the man that I fell in love with and married over 24 years ago. He has continued to grow in his walk with Christ. He now helps lead the bible study small group that he started attending on line after Easter 2021. The focus he used to put into politics is now completely on sharing Jesus with others across the world and helping people in crisis, even suicidal, in an online ministry help line. We have both been attending and participating in a local church for over a year. We now have a support from our church family. James has people in his life now to help challenge him in his growth as a Christian. James has been open and honest with those in our circle and with those in our church family, even sharing to the entire men's retreat about his trial and what God has taught him as he takes responsibility for his actions and sin. He completely regrets his participation in the proud boys and even being involved so much in the campaigns. Ultimately, he is remorseful of his actions, language, and rage against officers and at the capital. As he looks back on videos, pictures, and text of emotions, actions, and bolstering, he does not recognize the person that he was.

I am not saying that everything between us is all sunshine and rainbows, but I am happy to have the man of character James has become today. I now look forward to growing a better and stronger marriage with him that has Christ as our foundation. Although I am concerned for our future, especially how I am going to be able to live without his help while he is away serving time, he is helping me stand strong in our Faith trusting in God's Provisions and the church community that will support and help me. But James is more than a husband, he is my caregiver: helping me get my therapy boot on every night; getting me juice and snacks when my blood sugar goes to low and I am too dizzy to get it myself; cleaning up after I get sick from nausea from my transplant meds; and so much more. And I have been his caregiver since he returned from Kuwait, in his worst conditions helping him to and from the restroom, get into bed, making sure he doesn't fall and hurt himself, helping him bathe and eat when his hands are not working enough to hold onto things. We flip a coin each day on who is going to take care of who. So serving time in jail would not only be a detriment to James' health, it would be a detriment to mine as well. We also rely heavily on James' disability income from the VA and from Social Security which he would lose after 30 and after 60 days in jail. Unfortunately, what I make at my job helps pay some of the bills, but we would struggle to pay our mortgage and our car payments without this income. I am also concerned about his

health requiring a CPAP machine which needs to use every night, not being able to get his medication Xyrem for his Narcolepsy with Cataplexy that he gets from the VA, and how much his condition is declining in just the past months has me really concerned about his ability to survive his time in jail. In July of this year, he began to have problems urinating. James had to learn how to self-catharize. He has since needed to do so a few times now. I would ask that you please take all of this into consideration your Honor, when you are making your decision on his sentencing.

Please consider the person that James is now versus the enraged person that he was.

Thank you for your time and consideration,

Christina Davis