David D Agans and Wilda Agans

███████████████
████████████████████
██████████
█████████████████████

Dear Honorable Judge Kelly,

We have known James since 1996 when he and our daughter, Christy, began dating. He had just gotten out of the marines and traveled to Quincy, IL. They both worked at Kays Merchandise in Quincy. He seemed like a likable young man with goals for his life.

He and our daughter enrolled in Western Illinois s University at Macomb, IL. They worked and supported themselves and financially paid their college tuition. Christy graduated from there but before James could graduate he joined the army. Before going to Macomb for college, they were both involved with The Crossing Church in Quincy and James later in Macomb gave his life to Christ. Christy had already done so at home. At college they both were active in Campus Students for Christ. James had issues during his childhood, involving his mother, some of which he told me. The things his biological mother put him through highlights her poor mental state. I'm surprised he ever came to grips with that but I believe he has.

He did well in the army but did receive a closed head injury in Kuwait which has led to many medical problems in his life since. He suffers with narcolepsy which even though he is on medication prohibits him from driving. He has other seizure type problems which greatly affects his life including: walking with a cane (many times i have seen him barely able to walk after sitting for long periods), Mental clarity at times, trouble releasing his grip occasionally, visual problems and urinary problems due to prostate problems since Kuwait. I know his legs would give away with him and he even fell once crossing a busy street. I do believe that is better at present.

These are the physical problems that I am aware of.
He has been devoted to our daughter (and she to him). In 2012 she was gravely ill and in ICU for over a week. All of her internal organs shut down. Thankfully all have recovered accept her kidneys. She was put on dialysis and eventually did home dialysis which James was very helpful and supportive of. She received a cadaver donor in 2017, which the doctors flubbed up and her new kidney only functions at 40%. She faces dialysis again in the future. She would be unable to do home dialysis without James as her caregiver, as the equipment and Christy need to be monitored by another person.

Def. Ex. 3

When they first moved to the DC area for James's Pentagon job, they were active in church. But when Christy went to work, she did not have the time or the energy for church. They fell away from the church for awhile but they did watch church services on TV.

James became involved with politics which led to January 6th. After January 6th, they have both realized the need was even greater now for Christ in their lives. They are deeply involved with the church and bible study groups. James has followed several study groups and is preparing to lead his own group. He has also mentored persons who were struggling with their own beliefs.

What he did on January 6th was very wrong but he does express remorse and is working hard to follow Christ and to be a good Christian example. He is not perfect but no human is. I pray for him and even the others involved!

Thank you for your time,

Sincerely yours,

(Digitally Signed)

Wilda Agans