Alexandra Rollins



Dear Honorable Judge Kelly,

    I am writing to you a character letter about James Davis for his upcoming hearing scheduled for October 31st, 2023. I have known James Davis since moving to King George in July 2021. My husband, Michael Rollins, has known James Davis since December of 2018. We are next door neighbors to James and his wife Christy. After getting to know James, he admitted to me about his actions he committed on January 6th, 2021. He did not sugar coat things when he explained what happened that day and was very honest with me and feels very ashamed of his disrespectful conduct that day. He is truly remorseful for what he did and especially for how he acted towards the police officers that day. For me, being a daughter of a Washington D.C. Metro Transit Police Officer, I sympathize with my father's fellow officers and what they endured that day on January 6th. I also sympathize with James because he is extremely remorseful and ashamed of his actions and supports police officer's, including my father who has met him and also sympathizes with him. James and I do not share the same political views but that has never stopped him from being respectful towards me, he has always been very respectful and kind since the day I first met him. He has been the best neighbor I have ever had. He is so generous and kind, always helping us out. Multiple times I have come home from work and he was in our yard helping us with our yardwork just out of the kindness of his heart. My husband had a major heart attack with multiple surgeries May 2023 and James stepped up and helped us out so much. I was distraught and worried about my husband so of course I was spending all my time at the hospital. James helped us with our dogs and house sat for us and lifted me up in prayer multiple times a day. He was so kind during that awful part of our lives, I don't know what we would have done without him. He was there for our wedding, we had him over for cookouts and family events, his wife and him have become like family to us. He has battled with medical issues for many years as has his wife. He is a caregiver for his wife and I can't imagine the

Def. Ex. 5

anguish she will go through mentally and medically if her husband is sent to prison. They do not have family close by and they do not have children, James is all she has, it would hurt her terribly if he can't be there to take care of her. James is very involved in his church and ministry within church as well as the Men's bible study. He is always there to help us when we are in need of prayer or just need some encouragement and uplifting words. I understand that actions have consequences, but I also believe in forgiveness and second chances. I do not condone his actions on January 6th, 2021 but I do believe he made a huge mistake and has had to live with the guilt and regret of his actions that day. I care for James and Christy deeply and would be heartbroken if he is kept away from his wife and no longer our neighbor while being imprisoned. I will respect your decision as you are the honorable judge and ultimately this decision is in your hands. Thank you for taking the time to read this letter.

Respectfully,

*Alexandra Rollins* 09/30/2023

Alexandra Rollins

September 30th, 2023