September 25, 2023

Dear Honorable Judge Kelly,

I met James R. Davis in September 2019, when we were both being treated at the Rocky Mountain Hyperbaric Institute in Louisville, Colorado for Veterans with traumatic brain injuries from war. My mom was able to stay with me as one of the veterans had cancelled out. Since my injuries I have become unable to drive, so I am dependent on her for transportation.

We were to have another roommate. I was a little anxious about this other roommate, but my anxieties were soon relieved when we arrived. James, our roommate, had left us a note saying that he had cleaned the house. He had cleaned the kitchen, the fridge, stove and washed the floors. He had vacuumed the entire split level house, changed all the bedding and had done the laundry. This was supposed to be done by the previous veterans in treatment, as part of the deal. James had stayed up all night and had done all this while using a walker. We were in shock and amazement.

Later that evening, James arrived walker in hand. The reason for his use of a walker was because of his exposure to Saran gas, Depleted Uranium and being knocked unconscious by the British EOD (Explosive Ordinance Disposal) on the Iraqi\Kuwait border. This happened in 2002. The first time James was treated at the Hyperbaric Chamber in 2014, he was in a wheel chair, after four weeks of treatment he left in a walker. The second time he was treated at the Hyperbaric Chamber in 2019, he went in using a walker and walked out using a cane.

Each day, Mom would drive both of us to the Hyperbaric Chamber for a one hour treatment twice a day. This treatment was free to veterans who had a TBI (Traumatic Brain Injury) and were approved by the Hyperbaric team. During the month that we were there, James and I got to know each other very well. James and I would talk to the wee hours of the morning. James hadn't realized that there were other veterans out there that were as badly injured as he was.

James had served in the Marine Corps as an MP where he was Honorably Discharged. Then he joined the Army where he was on the Iraq/Kuwait border as an Artillery man and was blown up. The British didn't realize that there were Americans or anyone else there, or that there was Saran gas, or Depleted Uranium contaminated soil, they were there to only dispose of unexploded ordance. During the disposal James was knocked unconscious, he came to to the sound of the Saran gas alarm sensors going off. A few hours later he started feeling the toxic effects of the Saran gas.

Back in Louisville we would be eating dinner together and I would notice James passing out, having a narcolepsy attack. Then, just as fast, he would snap out of it and ask what had happened. We had to keep a constant watch on James so that he wouldn't seriously injure himself. After dinner the three of us would go down stairs and watch TV. Many times he would appear to fall asleep in mid conversation. My mom also witnessed these episodes during the day. James was also not allowed to have a Driver's License because of his injuries and the fact that he had epileptic seizures also caused by his military injuries.

Def. Ex. 6

Several times during the night I would hear banging coming from James's room down stairs. I would go down stairs to witness James having a grand mall seizure, knocking his CPAP machine off and falling out of bed onto the floor. I would try to wake him without getting hit by his flailing arms during the attack.

Once a week we would either be invited to dinner by members of the American Legion or they would bring dinner to us. These members, among many, were sponsoring the Veterans by paying portions of the rent on the house we were staying at and also paying for the Hyperbaric treatment, as this was free to us. At dinner time mom and I would pray before eating, something that James wasn't used to doing. I guess it had a positive effect on him, as he became a Christian.

James is a very moral, gentle and God fearing man. He would never deliberately hurt or harm anyone. He cares deeply for his fellow man and is a pillar of his community. And has become a good and faithful friend to me.

James and his wife, Christy are very dependent on each other as neither of them are very healthy. He is afraid that he will die in prison because of his health issues and that he won't get the proper medical attention he needs, and that Christy will die without him to take care of her.

James was given a medical discharge from the Army 1st Calvary Division G-2 A Btry 3-82nd FA, 1CD Ft. Hood, TX. in June 2004, due of his injuries.

I Paul T Watson write this to the best of my knowledge.

Respectfully

Paul T. Watson, Honorable Discharge U.S. Army June 5th, 2009

Nancy G. Atherstone