John L. Hinson Jr.



September 5, 2023

Re: James Davis

To: The Honorable Judge Kelly

I am the pastor of the church James attends, and I met James when he participated in one of our prayer gatherings in September 2022. Immediately following, he began attending Sunday services on a regular basis, and he quickly became a participant in other events involving the men's ministry. He has also been attending a small group, where he has been exhorted and poured into consistently by several other individuals. It is my opinion that having people in his life to influence him positively and hold him accountable to Christian living has helped change his outlook on life.

I have had a number of conversations with James, mostly related to how his perspective on life has changed and discussing applications he has gleaned as he has spent time reading the Bible. He has expressed brokenness for his involvement on January 6 and remorse for how he treated law enforcement officers that day. It seems that he got caught up with a crowd that led him astray, something he clearly recognizes today and regrets. I did not know James back then, but I could not imagine him - as the person he is today - being involved in such an event.

With consistency, I have witnessed James love and care for his wife, while encouraging other people who have had difficulties in their life and sharing truth from God's Word to those who are hurting and in need. He has been involved in an online ministry that reaches out to folks who are struggling. James has resolved to trust the Lord with the outcome of everything, and he knows that God is not finished using him for good. James shows respect for church leadership as well as other members of the the church and in the local community. For the year that I have known him, James' character has been consistently constructive and a reflection of the change Jesus Christ has made in his life.

Sincerely,

Def. Ex. 7