Anton Lee Huger



November 1, 2023

Judge Kelly,

I have spent a considerable amount of time with Mr. Davis over the past year and believe that I have come to know him quite well. Having spent approximately 50 years in ministry (both pastoral and counseling), I have seen authentic change (change that is worthy of acceptance and belief) as well as that which is not. And I believe the change that I see in Mr. Davis is in fact authentic.

Having read the "Statement Of Offense" and having discussed it with his attorney, Mr. James Russell Davis has acknowledged by his signature that the "Statement Of Offense" is true and accurate. He recognizes his failures regarding the offenses that he has committed. However, in the case of Mr. Davis, his past failures have served a positive purpose.

Since his participation in the THRIVE Worship Services on Sunday mornings, fellowshipping with other believers within our small group settings, and meeting one on one with members of the leadership at THRIVE, Mr. Davis has exhibited a realization of his failures and has assumed full responsibility for them. He has also exhibited a realization of his need for support from those around him, as well as from God. Having long ago embraced the Christian faith as his own, he now realizes that this alone, by no means, makes him exempt from failures that result in offenses like the ones he has committed. However, despite his own inherent inability to overcome his failures on his own, he has found that God's grace, mercy, and power have been provided for him, as a sincere believer in Jesus Christ, to overcome his failures.

Mr. Davis has faithfully kept his appointments with me. I have watched him develop into someone who is now responsible, considerate, and caring. He has become wholehearted and genuine in his Christian faith. He has taken biblical steps to overcome his failures and remains faithful to this day on his road to recovery.

Sincerely,

Anton Lee Huger
Granview Road

Def. Ex. 8