September 2, 2023

To:   The Honorable Timothy J. Kelly
      U.S. District Court for the District of Columbia
      E. Barrett Prettyman U.S. Courthouse
      333 Constitution Ave., N.W.
      Washington, DC  20001

From:  David F. Bush
       ███████████████████████
       ███████████████
       ███████████████████
       ███████████████

Honorable Judge Kelly,

It is an honor to write to you on behalf of James R. Davis. I have had the privilege of knowing James for a little over a year. From the first day I met James, I have found him to be a very honest man who very quickly showed me and many others how much he loved the Lord and how deeply he wanted to dedicate the rest of his life to serving the Lord. Shortly after getting to know James, he explained how remorseful and disrespectful he was on January 6, 2021. The more I got to know James, it was truly difficult to recognize the man that I was getting to know as the same man that was involved in the activities of January 6. It was clear to me that James had made a tremendous spiritual transformation. This was not only evidenced by our many conversations and prayers together, but in his activities in church and with the community. He is actively involved in a weekly men's Bible study, he is a member of our Men's Ministry Team, he volunteers for the monthly mobile food pantry, he is a member of our church missions committee, and shares Christ with anyone who will listen. I also just learned that James is a Spiritual Coach for an Online Christian Ministry.

We are hoping that James and Christy will be able to continue to serve together with us at Thrive Christian Fellowship for many years to come. He is a true asset to our church. We are a fairly new church currently meeting in an elementary school with a reputation that we serve the needs of our community. We need people like James to continue building strong relationships within the King George community, and bringing the body of believers closer together in Christ.

Please do not hesitate to contact me for any further information you may need concerning James. I would also be happy to act has a character witness if that is necessary.

Sincerely Yours,


David F. Bush
███████████████████████
███████████████
███████████████████

███. Ex. 9