Eric R. Bosworth, Sr.



Attention: Judge Kelly

Dear Honorable Judge Kelly,

I have known James R. Davis since September 11, 2022. The Saturday evening prior to meeting Mr. Davis, the pastor, Mr. John Hinson of Thrive Christian Fellowship (non-denominational church based on the teachings of Calvary Chapel) of King George, VA; in which my wife and I attend; texted me and asked if I could give Mr. Davis a ride to church the following day. I gladly accepted the opportunity to aid a veteran of the United States Armed Forces in a time of need. It was explained to me that Mr. Davis is a wounded warrior who was unable to drive himself. So, I picked Mr. Davis up from his home on Sunday and drove him to his first church service at Thrive Christian Fellowship of King George, VA.

Upon my arrival and meeting Mr. Davis it was clear he was hurting. He was and is very friendly, open to sharing and looking for friendship and devotion in the all the right areas of life. He has an almost child like innocence about him. I knew nothing of his past nor did I attempt pry. That was and is not my concern.

Mr. Davis immediately became a very active and productive member of the Thrive Christian Fellowship congregation and has ever since been keeping himself preoccupied in helping himself and others of the congregation and the local community. Mr. Davis and his lovely wife, Christy, began to attend one of the many Thrive Christian Fellowship small groups where the Sunday sermon and teaching is further studied and discussed openly among the small group fellowship. In fact I and my wife happen to attend the very same study. Both, he and his wife have become wonderful additions to our group and Mr. Davis is extremely active and supportive of this group, the discussions and camaraderie that ensues with a small group of likeminded women and men. It was a very long time of attending before he and his wife shared the struggles they are currently dealing with. Before then we had no idea.

Mr. Davis consistently has reiterated to all of us is that he was wrong and although, due to his military derived disability, can't remember completely everything, has repeatedly advised us if he wasn't there in the first place none of this would be plaguing him.

Mr. Davis no longer wastes his time thinking about the things he knows he has no control over. As a disabled veteran and aside from household chores, he volunteers to assist as a spiritual coach for an online Christian ministry (completely outside Thrive Christian Fellowship organization) where he assists those who are hurting mentally and provides compassionate help with those with anxiety and even those contemplating suicide.

I also have attended, with Mr. Davis, Thrive Christian Fellowship activities, such as the yearly Men's Retreat. This is a three day event where men come together and concentrate on how to make ourselves better men through fellowship and Christ.

Mr. Davis has also volunteered for numerous other activities within the church organization and most member know and love him.

I think it safe to say that Mr. Davis is well on his path of making positive and spiritual changes in his life and relationship with his wife. To say Mr. Davis is a man of God, is a huge understatement. His sole purpose since I met him has been to reinforce this positive approach to life and to live in a manner respectful to all Christians but, most importantly to our Savior Jesus Christ.

I thank you for taking the time to read my humble words. Mr. Davis, although not perfect, strives to be a better person, husband, citizen and follower of Christ.

Respectfully,

Eric R. Bosworth, Sr.

Def. Ex. 10