9/4/23

Dear Honorable Judge Kelly,

Regarding:
James Davis

I have known James Davis since approximately June of 2021.  I met him on an online Christian Men's Group through a church that meets over Zoom on Saturdays. He shared his life story with me, including how he regrets showing up at the U,S. Capitol on January 6th, 2021.  He expressed to me and to others in the group, how he returned to faith in God subsequent to January 6th, 2021, and he has the belief now that his purpose is living for God and helping people turn to Christ, rather than putting energy into political causes or politicians.  He seems to love his wife very much, and he's supportive of her, including helping her at her job.  He has been personally helpful to me in talking to me about married life, and encouraging me to live for God; and urging me to do my best as a husband to love her, and to be the spiritual leader of our household.  He has told me how each member of his family is very important to him, and he prays for them.  He has told me that he found a local church ministry near where he lives, and he participates in worship with them (I'm not clear if it's in-person or online).  He explained to me how he also helps out with a couple of online groups who do outreach to people who are in spiritual crises.  From what I've seen on the group, he's genuinely attentive and engaged in trying to help each man on our Men's Group continue to walk with God.

Thank you for taking the time to read this letter.

Sincerely,

*John M. Fleming*
John M. Fleming

Def. Ex. 11