Edward M. Lucero



September 3, 2023

Re: Mr. James Davis

Dear Honorable Judge Kelly:

I am writing this letter in support of Mr. James Davis. I have known James for a little over 2 years. James and I met through his attendance in a Bible study men's group which I host. The men's group meets each Saturday morning from approximately 7 AM to 8:30 AM PST. Our Bible study group is a Christian men's fellowship group that is under the umbrella of Harvest Christian Fellowship, which is led by Pastor and Evangelist Greg Laurie.

When James first began to attend our men's group, he was quite shy, slow to speak, and eager to listen and learn. However, his consistent attendance has led to his continuing spiritual growth and maturity. He is now a key contributor each week. In fact, he has matured so much in his spiritual walk with the Lord that he has assumed the role and responsibilities of being our group's co-host.

With that being said, James made me aware of his situation almost immediately upon joining our men's group. He told me that he was ashamed of his disrespectful conduct on Jan 6, 2021. James proceeded to be very transparent regarding his trial and how he is trusting in God's will. Specifically, he is trusting the Lord as far as where He wants James to share the love of Jesus. He was very willing to tell me with me and our entire Bible study group about how he spoke about Jesus from jail to reach inmates and guards.

Of course, James is disappointed with himself and how he treated the officers on that day. However, he will tell you very sincerely that that was the only time he has ever disrespected an officer in his entire life. He is remorseful that officers were injured due to the overwhelming mass of people that were present that day. He regrets his disrespectful conduct towards the officers on Jan 6, 2021. The resounding lesson that he learned was that from that day moving forward was that he will trust in God and will wait upon the judge's mercy. James has confidently surrendered to God's will and purpose for his life. As a result, through his transformation in Christ, James now works from home serving in 2 Christian ministries online, at Harvest Men's Group online, and local THRIVE church community and THRIVE Missions.

Def. Ex. 12

I can say with firsthand knowledge that I have witnessed the remarkable transformation that James has undergone from his immense interest in politics to a laser-like focus on Jesus and reaching the lost for His glory. As our Harvest Men's Group leader, I am so very proud to see James' spiritual growth from the first day he first joined us on May 29, 2021 to the present.

As co-host of our men's group, James' duties include, but are not limited to emailing our members each week with our study guide outline, Zoom login information, and video sermon. Also included in these emails is a list of prayer requests from our members. Dutifully, James sends group members uplifting text messages on a daily basis. On numerous occasions, James has served as the primary lead in our Bible study when I have been absent due to unavailability.

In closing, I would like to state that Mr. James Davis is a remarkable individual, a godly man, and a true friend. He loves the Lord and loves people. I encourage you to please contact me should you desire to further discuss the many positive attributes of Mr. James Davis at (559)618-9132 or edwardlucero@comcast.net.

Sincerely,

Edward M. Lucero