October 1, 2023

James McKenzie

Dear honorable Judge Kelly,

    I have known James R Davis since about June 2021 when I joined a Harvest church men's Bible study group. Since then, he has become a co-leader of the group and I have seen in him grow in maturity and heard about great changes in his life. He seems to have had deep changes in his attitude and a renewed purpose in life. He reports improved relationships including a renewed marriage and spiritual walk with God. He often speaks of regret about his involvement in the January 6th incident and has a different opinion about it that means only peaceful assembly, according to the constitution, and that God has another plan for James' future, no matter who is in charge of the White House and Congress. All of us believe that God is ultimately in control and we are called according to I Timothy 2:1-5 to pray for our leaders and for those who are in authority no matter who is in office. James has other priorities that include supporting his family, involvement in different ministries to reach people for Jesus Christ which he is doing and is active in his church. In addition, he has mentioned multiple health problems that he has due to his military service when he was in the Middle East.

I hope that you will offer James another chance and freedom to show that he is a responsible citizen who loves God, his family, fellow man and his country.

You can contact me for more information if needed.

James McKenzie



Def. Ex. 13