September 4, 2023

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

Honorable Judge Kelly,

I'm writing this letter in support of James Davis. I met Mr. Davis about a year when he and his wife began attending Thrive Christian Fellowship and became a part of the same home fellowship (THRIVE Group) that my family attends. Early in our relationship, Mr. Davis shared how he had fallen away from his relationship with Jesus Christ and desired to be back in fellowship with other Christians to encourage him and hold him accountable to rekindling that relationship. During our time together, he has been transparent about his participation in the January 6 event. While he has not shared any specific details about that day, I have seen him transform from an individual who justified his actions on that day to one who is remorseful and understands that his motivation was misguided. Over the course of the year, I have seen him let go of what he believed was his right and responsibility to fight against perceived injustices and replaced that with a desire to be obedient to his Christian values. Instead of concerning himself with political affairs, Mr. Davis has turned his attention to sharing the love of Christ with others through various outlets. He has become involved in the missions and men's ministries at Thrive Christian Fellowship, his local church. He is involved in an online Bible Study with Harvest Christian Fellowship as well as being involved in the THRIVE Group which meets weekly.

As I have interacted and observed Mr. Davis over the last year, it has become apparent that Mr. Davis has rekindled his relationship with God and his life focus has become sharing the love of Jesus Christ with others.

In support of Mr. Davis, I offer this perspective in the hope that you will take it into consideration when deciding the consequences for the offenses in which he was involved.

Sincerely,

*Robert A. Brown*

Robert A. Brown

Def. Ex. 14