Shane A. Hudelson                                                                                                            Oct 3, 2023

███████████████████████
███████████████████████
████████

Attention:  Honorable Judge Kelly

Dear Honorable Judge Kelly,

    I have known James R Davis since Sept 12, 2021 when I met him for the first time after he reached out to our church via email on Sept 11 for information.  Upon meeting and talking with James it was easy to see his love and obedience to God.  At that time I did not know about the past issues but I did know he is a man who is walking the walk and talking the talk in regards to following Jesus.

    As the leader/facilitator of a church small group James and his wife Christy were invited to my group and began participating shortly after the initial meeting.  James and Christy fit right in with their participation level in the group and were also becoming more involved in other church activities from missions ministry and local homeless/food bank distribution ministries. I learned later that James is also actively involved in other online ministries from suicide prevention and depression counseling to helping people who are actively seeking Jesus but do not know where to turn or how to take the first step.  James is also involved in online men's discipleship bible studies and is a group leader.  When it comes to defining what exactly a disciple of Jesus Christ is supposed to do James is doing exactly that and is an example for people to follow.

    As a prior active duty member and combat veteran myself I knew James is a disabled veteran and the campaigns he served in because we shares stories.  With the level of comfort he had with me and our group it was several months after initially meeting James it was revealed to the small group about the legal troubles he was in and the situations that led to what happened.  It was easy to see the level of remorse James had for the mistakes that were made even though due to his service connected medical conditions, his memory of many events were not easily recalled.  What was clear though, is he knew his actions that day were wrong and had he been following Jesus he would have not been there in the first place.

    I did not know James then but I do know him now, and the person who was involved in the events on 6 Jan is not the same person that I see and deal with on a weekly basis now.  Everything James does now is focused on Jesus and being the disciple he is called to be.  James is not afraid to share his testimony with other men of the mistakes made and the transformation giving his life to the service of God has changed him and others.  Gone are the days of blaming government and political situations the country is in because none of that matters as a servant of the most Holy Jesus Christ.  James has reaffirmed his calling as a disciple and is walking it out to the fullest.

    James has his priorities right now and is focused on being the man of God and husband to Christy he is called to be.  Sharing and witnessing the positive and life altering changes God has made on his life is a daily conversation with almost everyone he meets and will engage in talk with him.

    Thank You for taking time to read this email in regards to James Davis.  He is a changed man and strives daily to become better at serving people and what God has for him.

                                                       Respectfully,

                                                       Shane A. Hudelson