

**DEPARTMENT OF VETERANS AFFAIRS**
Central Virginia VA Health Care System
1201 Broad Rock Boulevard
Richmond, VA 23249

Date: 07/14/23

Attn: JUDGE Kelly

Dear JUDGE Kelly,

Mr. James Russell Davis is being followed at the Central Virginia VA Health System for obstructive sleep apnea and narcolepsy with cataplexy. I have been his Sleep provider since 04/14/10. His sleep apnea was first diagnosed on a sleep study conducted on 10/09/02 and verified again on repeat testing on 05/16/06 and 02/22/09. The latter study showed severe obstructive sleep apnea for which he is currently being treated with CPAP. He was diagnosed with narcolepsy with cataplexy in February 2009 as well. If untreated, both of these conditions can result in severe consequences. Uncontrolled sleep apnea is associated with heart disease, stroke, hypertension and daytime sleepiness. Uncontrolled narcolepsy with cataplexy can lead to severe daytime sleepiness which along with sleep apnea would impair his ability to function during the day. Cataplexy is a phenomenon that manifests with abrupt full body paralysis which if untreated, can lead to falls with bodily injuries and impaired walking for up to 30 minutes. It is vital that Mr. Davis be situated in an environment wherein these conditions can be optimally treated. Furthermore, the VA is his only resource to receive medications such as Sodium Oxybate for his narcolepsy and replacement CPAP supplies (mask, hose, filters, etc..) for treating his sleep apnea. Please take these matters into consideration when rendering a decision regarding his sentencing.

Sincerely,

*[signature]*

Dr. Shekar Raman, MD
Sleep Specialist
Integrated Sleep Disorders Center
Neurology Service
Central Virginia VA Health Care System

Def. Ex. 16