

# The American Legion
## Department of Virginia Leadership College

# Diploma

This certifies that

## James R. Davis

has completed the requirements for graduation from the Department of Virginia Leadership College this

August 11, 2013

_____  
Department Commander

_____  
Auxiliary College, Director

_____  
Legion College, Director

_____  
Department President

_____  
Detachment Commander

Def. Ex. 17