

*The American Legion Department of Virginia*
*Department Service Officer*
*Certificate of Completion*

*This certificate is Awarded to*

## James R. Davis Post 89

*For satisfactory completion of the American Legion Department of Virginia Post Service Officers Training in Advocacy Skills conducted at"*

*Williamsburg, Virginia*
*October 23-24, 2015*

_____
Department Commander

_____
Department Service Officer