

# The American Legion
# Department of Virginia Leadership College

## Diploma

*This certifies that*

## James R. Davis

*has completed the requirements for graduation from the Department of Virginia Leadership College this August 5, 2018*



_____  _____  _____
Department President    Department Commander    Detachment Commander

_____  _____  _____
Auxiliary College, Director   Legion College, Director   SAL College, Director

Def. Ex. 19